### LEWIS v. LAWSON.

UPON a writ of error, in which error in fact and error in law were joined; a plea in abatement was put in on that account. The court ordered the error in fact to be struck out, and reversed the judgment for the error in law.

### BURBANKS v. LEE.

*Indebitatus assumpsit* will not lie to recover back money, paid upon a judgment grounded on the confession of the party.

ERROR to reverse a judgment of Justice Foot in an action of *indebitatus assumpsit*, Lee v. Burbanks; declaring, that trusting to the cast of said Burbanks, he confessed judgment before Justice Cady on a note for £4 16s., when £3 only was due thereon, which he had been obliged to pay.

To which action a plea in abatement was given — 1st. That said Justice Foot could not take cognizance nor inquire into Justice Cady's judgment to reverse or alter it; said plea was judged insufficient. The defendant then demurred to the declaration; and the justice gave judgment, that the defendant's plea was insufficient and for the plaintiff to recover £1 16s.

Errors assigned — 1st. That said declaration was insufficient. 2d. That said justice had not answered the issue put to him.

Judgment — Manifest error, both as to substance and form. *Indebitatus assumpsit* will not lie to recover money back which has been paid upon a judgment by the confession of the plaintiff.